UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>B. ROLAND FRASIER, III,<br>RICHARD A. MAY,<br><br>Defendants. | Docket Number:<br>03-CV-1958-BTM (CAB)<br><br>~~PROPOSED~~ ORDER TO DISBURSE FUNDS TO PAY TAX ADMINISTRATOR FEES |

The Court having reviewed the Securities and Exchange Commission's *ex parte* motion to disburse funds to pay tax administrator fees, the memorandum of points and authorities, and the supporting declaration of the tax administrator, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall disburse $1,950.53 from account number 3755000938, under case name SEC v. B. Roland Frasier, III, 03-CV-1958, for the payment of tax administrator fees relating to the distribution fund, by issuing a check made payable to "Damasco & Associates LLP" and sending the check to the following address:

> Damasco & Associates LLP
> 244 Jackson Street, Fourth floor
> San Franciso, CA 94111

Dated: March 22, 2007

_____
UNITED STATES DISTRICT JUDGE

1                                              03-CV-1958-BTM (CAB)