UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | Docket Number:<br>03-CV-1958-BTM (CAB) |
| Plaintiff, | ~~PROPOSED~~ ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS OF DISTRIBUTION FUND |
| v. | |
| B. ROLAND FRASIER, III,<br>RICHARD A. MAY, | |
| Defendants. | |

The Court having reviewed the Securities and Exchange Commission's *ex parte* motion to disburse funds to pay tax obligations of distribution fund, the memorandum of points and authorities, and the supporting declaration of the tax administrator, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall disburse $2,772.95 from account number 3755000938, under case name SEC v. B. Roland Frasier, III, 03-CV-1958, for the payment of tax obligations of the distribution fund, by issuing a check made payable to "Damasco & Associates, Trust Account" and sending the check to the following address:

Damasco & Associates LLP
244 Jackson Street, Fourth floor
San Franciso, CA 94111

These funds shall be used only to pay tax obligations of the settlement fund (QSF).

Dated: March 22, 2007

_____
UNITED STATES DISTRICT JUDGE